■ NISKAYUNA SQUARE, LLC, Respondent, v 81 AND 3 OF WATERTOWN, INC., et al., Defendants, and JOSEPH A. CIPOLLA et al., Appellants. (Appeal No. 2.) [784 NYS2d 420]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered January 16, 2004. The order denied defendants' motion for leave to reargue and request to replead the counterclaim.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue be and the same hereby is unanimously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and the order is affirmed without costs. Present—Green, J.P., Gorski, Lawton and Hayes, JJ.